UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELECTRONIC FILING ORDER**

All documents in this case will be filed electronically.

Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of all pleadings (including briefs and exhibits) supporting or opposing the following:

    a.    Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

    b.    Motions to dismiss or for summary judgment;

    c.    Trial briefs, including proposed findings of fact and conclusions of law; and

    d.    Any other document that exceeds 15 pages. Pleadings must be typewritten using Arial bold 12 point font, double spaced and comply with all applicable provisions of D. Conn. L. Civ. R. 10(a).

_____SO ORDERED._____

                                                          /s/
                                       Vanessa L. Bryant
                                       United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE REGARDING ELECTRONIC FILING**

All civil cases assigned to Judge Bryant will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order, except cases involving *pro se parties* (including *pro se* prisoner cases) and social security disability appeals.  Any *pro se* party may file a motion for Exemption from Electronic Filing, which motion shall be granted by the Court.  If an attorney believes that a case should be exempted from electronic filing, a motion seeking an exemption may be filed within 14 days after the attorney enters an appearance in the case.

In order to be able to file documents electronically,  an attorney must first register with the Clerk's Office and obtain an electronic filing login and password.  Registration forms are available on the Court's website, along with a tutorial on electronic filing (www.ctd.uscourts.gov.gov/emecf.).  Training in electronic filing is also available to attorneys through the Clerk's Office.

FOR THE COURT

ROBERTA  D. TABORA, CLERK

(Rev. 10/1/07 VLB)