UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE & AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC. <br><br> Defendants. | Case No. 3:08-cv-00729 - VLB <br><br><br> **APPEARANCE** <br><br><br> May 15, 2008 |

### *APPEARANCE*

TO THE CLERK:

Please enter my Appearance for the Plaintiffs in the above-captioned matter.

> PLAINTIFFS
> THE PARTS PLUS GROUP, INC., on behalf
> of itself and all others similarly situated,
>
>
> By: _____/s/_____
>   Doug Dubitsky (ct21558)
>   UPDIKE, KELLY & SPELLACY, P.C.
>   One State Street
>   P.O. Box 231277
>   Hartford, CT 06123-1277
>   Telephone: (860) 548-2600
>   Fax: (860) 548-2680
>   ddubitsky@uks.com

514796