UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC., <br><br> Defendants. | Case No. 3:08-CV-00729 VLB <br><br> May 15, 2008 |

**PLAINTIFF'S MOTION TO TRANSFER**

The Plaintiff, Gasoline and Automotive Service Dealers of America, Inc., respectfully requests that the Court transfer the above entitled Action to the Honorable Janet Bond Arterton, pursuant to 28 U.S.C. § 1404(b).

512049

As more fully articulated in the supporting Memorandum of Law, this Action and five related actions with identical defendants and allegations are currently assigned to Judge Arterton and will likely be consolidated.  In order to preserve resources and avoid duplicative proceedings, the Plaintiff requests the Court to transfer this Action to Judge Arterton.

May 15, 2008                                        Respectfully Submitted,


   /s/ Doug Dubitsky      
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
**UPDIKE, KELLY AND SPELLACY, P.C.**
One State Street, Suite 2400
Hartford, CT
Tel: (860) 548-2600
Fax: (860) 548-2680

Marvin A. Miller
Matthew E. Van Tine
**MILLER LAW LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
Fax: 312-676-2676

Brandon E. Lacoff
**GREENWICH LEGAL, LLC**
175 West Putnam Avenue
2nd Floor
Greenwich, CT 06830
Telephone: 203-622-6001
Fax: 1-800-805-9209

Case 1:08-cv-04792    Document 6    Filed 05/15/2008    Page 3 of 4

*Counsel for Plaintiff Gasoline and*
*Automotive Service Dealers of America*

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

## **CERTIFICATION**

THIS IS TO CERTIFY that on May 15, 2008, a copy of the foregoing and the supporting Memorandum of Law, were electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to the following counsel and pro-se parties of record that do not have access to the Court's electronic filing system.

   /S/_Doug Dubitsky_____
Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC. <br> Defendants. | Case No. 3:08-CV-00729 VLB <br><br> May 15, 2008 |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF
GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC.'S
<u>MOTION TO TRANSFER</u>**

Plaintiff Gasoline and Automotive Service Dealers of America ("GASDA") moves this Court for transfer of the above-entitled action to the Honorable Janet Bond Arterton, pursuant to 28 U.S.C. § 1404(b).

### I.    PROCEDURAL BACKGROUND

On March 31, 2008, S&E Quick Lube Distribs., Inc. ("S&E Quick Lube") filed in this District the first vehicle filters direct purchaser antitrust Class Action Complaint in the country against Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company, Baldwin Filters,

Inc., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., United Components, Inc., and The Carlyle Group (collectively, "Defendants").[1] On April 10, 2008, Barjan, LLC ("Barjan") filed a related action in this District against Defendants. Both cases were assigned to Judge Arterton. On April 22, and again on May 12, 2008, the Honorable Mark R. Kravitz transferred related cases to Judge Arterton.[2]

On May 8, 2008, the Honorable Vanessa L. Bryant transferred a related action, *Parts Plus Group Inc. v. Champion Labs., et al.* (3:08-cv-00637), to Judge Arterton.

On May 12, 2008, this Action was filed in this District and assigned to Judge Bryant. During this same time period, several other related class actions were filed in this District, the Northern and Southern districts of Illinois, the District of New Jersey, and the Eastern District of Tennessee against Defendants (all actions collectively "Filters Actions" and all D. Conn. actions collectively "Connecticut Actions").

## II.    ARGUMENT

All plaintiffs in the Connecticut Actions, including plaintiff in the instant Action, assert that Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1. Based upon virtually identical allegations, all plaintiffs, except plaintiff in the instant action, seek damages and injunctive relief on behalf of themselves and a proposed plaintiff class. GASDA seeks only injunctive relief on behalf of its members, but its allegations are identical to those in the other Connecticut Actions. For the reasons set forth herein, this related Action should be transferred to Judge Arterton.

---

[1] Defendant The Carlyle Group was voluntarily dismissed, without prejudice, on April 11, 2008, from S&E Quick Lube's Complaint and all other related complaints pending in this District in which it was named as a defendant.
[2] *T.D.S. Company, Inc. d/b/a TWI Auto Parts & Supplies v. Champion Labs., et al.* (3:08-cv-00512) and *Ward's Auto Painting and Body Works Inc. v. Champion Labs., et al.* (3:08-cv-00660).

512005

A. **Transfer**

Under 28 U.S.C. § 1404(b), a court may, upon motion and at its discretion, make a "intradistrict" transfer of any action. Illinois Brick Co. v. Illinois, 431 U.S. 720, 762-63 (1977) (recognizing "the intradistrict transfer power created by 28 U.S.C. § 1404(b)").

Here, transfer is appropriate because this Action involves questions of fact and law that are identical to those at issue in the other Connecticut Actions, and the named-defendants in the Connecticut Actions are identical as well. Plaintiff has moved to transfer this Action to Judge Arterton because that Court has the first-filed action, as well as four other related actions (including the one already transferred by Judge Bryant), presently before it. In addition, with respect to all Connecticut Actions not presently before Judge Arterton, a motion to transfer to Judge Arterton either has been filed or will soon be filed in that respective court. If the Court grants the instant motion, this Action will likely be consolidated with all other actions before Judge Arterton pursuant to a pending motion for consolidation before Judge Arterton. Transferring this Action to Judge Arterton and consolidating it with that Court's other actions will preserve judicial resources and avoid duplicative discovery and pretrial proceedings.

### III. CONCLUSION

For the reasons set forth herein, and in order to provide for the orderly and efficient conduct of the Connecticut Actions, Plaintiff respectfully requests that the Court transfer this action to Judge Arterton.

512005

Dated: May 15, 2008

Respectfully submitted,

  /s/ Doug Dubitsky
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
**UPDIKE, KELLY AND SPELLACY, P.C.**
One State Street, Suite 2400
Hartford, CT
Tel: (860) 548-2600
Fax: (860) 548-2680

Marvin A. Miller
Matthew E. Van Tine
**MILLER LAW LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
Fax: 312-676-2676

Brandon E. Lacoff
**GREENWICH LEGAL, LLC**
175 West Putnam Avenue
2nd Floor
Greenwich, CT 06830
Telephone: 203-622-6001
Fax: 1-800-805-9209

*Counsel for Plaintiff Gasoline and Automotive Service Dealers of America*

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

512005