# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.:  3:08 CV 00729 (VLB) |
| vs. | ) ) | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) | May 16, 2008 |
| Defendants. | ) ) ) ) | |

## PLAINTIFF, GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA INC.'S CORPORATE DISCLOSURES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the District of Connecticut's

Order re: Disclosure Statement, counsel for Plaintiff, GASOLINE AND AUTOMOTIVE SERVICE

514741

DEALERS OF AMERICA, Inc. ("GASDA") submits the following description of its corporate

relationships:

(1)    GASDA does not have a parent corporation and no publicly held company owns 10%

or more of GASDA.

Dated: May 16, 2008                        Respectfully submitted,
                                           PLAINTIFF


                                           ____/s/ Doug Dubitsky_____
                                           Kerry R. Callahan (ct06569)
                                           Doug Dubitsky (ct21558)
                                           UPDIKE, KELLY & SPELLACY, P.C.
                                           One State St.
                                           PO Box 231277
                                           Hartford, CT 06123-1277
                                           Telephone: 860-548-2643
                                           Fax: 860-548-6043
                                           Marvin A. Miller

                                           Matthew E. Van Tine
                                           MILLER LAW LLC
                                           115 S. LaSalle Street, Suite 2910
                                           Chicago, IL 60603
                                           Telephone: (312) 332-3400
                                           Fax: (312) 676-2676

514741

Brandon E. Lacoff
Greenwich Legal, LLC
175 West Putnam Avenue
2nd Floor
Greenwich, CT 06830
203-622-6001 (office)
1-800-805-9209 (fax)
***Counsel for Plaintiff***

Of Counsel:

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

514741

## CERTIFICATION OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing Corporate Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing, and as listed below.  Parties may access this filing through the court's CM/ECF system.

           ____/s/ Doug Dubitsky_____
           Doug Dubitsky (ct21558)
           UPDIKE, KELLY AND SPELLACY, P.C.
           One State Street/Suite 2400
           Hartford, CT 06123-1277
           Telephone: (860) 548-2600
           Facsimile: (860) 548-2680

514741