UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00729-VLB<br><br>(Honorable Vanessa L. Bryant)<br><br><br><br><br><br>June 6, 2008 |

CHAMPION LABORATORIES, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

**Dated: June 6, 2008**                                              Respectfully submitted,

                    By:   <u>/s/ Rachel R. Mandel</u>
                          Ben A. Solnit – CT00292
                          Rachel R. Mandel – CT26938
                          TYLER COOPER & ALCORN, LLP
                          555 Long Wharf Drive, 8th Floor
                          New Haven, Connecticut  06509
                          Telephone:  (203) 784-8200
                          Facsimile (203) 777-1181
                          Email:  bsolnit@tylercooper.com

                          *-Of Counsel-*

                          Margaret M. Zwisler
                          E. Marcellus Williamson
                          Marguerite M. Sullivan
                          LATHAM & WATKINS LLP
                          555 Eleventh Street, NW
                          Washington, DC 20004-1304
                          Telephone:  (202) 637-2200
                          Facsimile:  (202) 637-2201
                          Email: Margaret.Zwisler@lw.com

                          **Attorneys for Defendants**
                          **Champion Laboratories, Inc. and**
                          **United Components, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rachel R. Mandel
Rachel R. Mandel – CT 26938