UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00729-VLB<br><br>(Honorable Vanessa L. Bryant)<br><br><br><br>June 6, 2008 |

UNITED COMPONENTS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of United Components, Inc.'s stock.

**Dated: June 6, 2008**                                                         Respectfully submitted,

                By:   /s/ Rachel R. Mandel
                      Ben A. Solnit – CT00292
                      Rachel R. Mandel – CT26938
                      TYLER COOPER & ALCORN, LLP
                      555 Long Wharf Drive, 8th Floor
                      New Haven, Connecticut  06509
                      Telephone:  (203) 784-8200
                      Facsimile (203) 777-1181
                      Email:  bsolnit@tylercooper.com


                      *-Of Counsel-*

                      Margaret M. Zwisler
                      E. Marcellus Williamson
                      Marguerite M. Sullivan
                      LATHAM & WATKINS LLP
                      555 Eleventh Street, NW
                      Washington, DC 20004-1304
                      Telephone:  (202) 637-2200
                      Facsimile:  (202) 637-2201
                      Email: Margaret.Zwisler@lw.com

                      Attorneys for Defendants
                      Champion Laboratories, Inc. and
                      United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008 a copy of the foregoing Defendant United Component's Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rachel R. Mandel
Rachel R. Mandel – CT 26938