UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00729-VLB<br><br>(Honorable Vanessa L. Bryant)<br><br><br><br><br><br>June 6, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ben A. Solnit as counsel in this case for defendants Champion Laboratories, Inc. and United Components, Inc.

This appearance is solely for purposes of filing a motion to extend the time for Champion and United Components to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that Champion or United Components may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

2

**Dated: June 6, 2008**                                              **Respectfully submitted,**


                                              By:  **/s/Ben A. Solnit**
                                                   **Ben A. Solnit – CT00292**
                                                   **TYLER COOPER & ALCORN, LLP**
                                                   **555 Long Wharf Drive, 8th Floor**
                                                   **New Haven, Connecticut  06509**
                                                   **Telephone:  (203) 784-8200**
                                                   **Facsimile (203) 777-1181**
                                                   **bsolnit@tylercooper.com**

                                                   **Attorneys for Defendants**
                                                   **Champion Laboratories, Inc. and**
                                                   **United Components, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc. and United Component's Inc.'s Notice of Appearance was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Ben A. Solnit
Ben A. Solnit – CT  00292