UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, : : : : : | |
| Plaintiff, : | Case No.: 3:08-CV-00729 (VLB) |
| v. : : | |
| CHAMPION LABORATORIES, INC., et al., : : | |
| Defendants. : | June 9, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

DEFENDANT
DONALDSON COMPANY, INC.

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                             /s/ Edward Wood Dunham
                                                             Edward Wood Dunham