UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, : : : : : Plaintiff, : : v. : : CHAMPION LABORATORIES, INC., et al., : : Defendants. : | Case No.: 3:08-CV-00729 (VLB) June 9, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

DEFENDANT
DONALDSON COMPANY, INC.

   /s/ Erika L. Amarante
Erika L. Amarante (ct22393)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
eamarante@wiggin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                                                            /s/ Erika L. Amarante
                                                                                                            Erika L. Amarante