UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., et al.,<br><br>Defendants. | Case No.: 3:08-CV-00729 (VLB)<br><br><br><br><br><br>June 9, 2008 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Donaldson Company, Inc. states that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.

DEFENDANT
DONALDSON COMPANY, INC.

By: /s/ Erika L. Amarante
 Edward Wood Dunham (ct05429)
 Erika L. Amarante (ct22393)
 WIGGIN AND DANA LLP
 One Century Tower
 P.O. Box 1832
 New Haven, CT 06508-1832
 (203) 498-4400
 (203) 782-2889 fax
 edunham@wiggin.com
 eamarante@wiggin.com

 *Its Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

       /s/ Erika L. Amarante
Erika L. Amarante