IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Champion Laboratories, Inc. *et. al.*<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:08–cv–00729-VLB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

ArvinMeritor, Inc., a Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record on behalf of ArvinMeritor, Inc.

    Joseph D. Jean
    Federal Bar No. CT 18707
    Dickstein Shapiro LLP
    1177 Avenue of the Americas
    New York, NY 10036-2714
    Telephone: (212) 277-6500
    Facsimile: (212) 277-6501
    JeanJ@dicksteinshapiro.com

Dated: June 9, 2008                                   Respectfully submitted,

                                              /s/ Joseph D. Jean
                                              Joseph D. Jean
                                              Federal Bar No. CT 18707
                                              Dickstein Shapiro LLP
                                              1177 Avenue of the Americas
                                              New York, NY 10036-2714
                                              Telephone: (212) 277-6500
                                              Facsimile: (212) 277-6501
                                              JeanJ@dicksteinshapiro.com
                                              Counsel for Defendant
                                              ArvinMeritor, Inc.

Case 1:08-cv-04792    Document 16    Filed 06/09/2008    Page 3 of 3

## CERTIFICATE OF SERVICE

    I, Sabrina Nelson, hereby certify that I caused the foregoing to be served this 9th day of June, 2008. Notice of this filing will be sent to those who are on the listserve to receive email notices by operation of the court's electronic filing system.

                                         /s/ Sabrina A. Nelson
                                         Sabrina A Nelson

Dated: June 9, 2008

DSMDB-2452829