# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Champion Laboratories, Inc. *et. al.*<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:08–cv–00729-VLB<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b)(1)(a), Defendant ArvinMeritor, Inc. respectfully requests a 30-day extension, to and including July 18, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff Gasoline and Automotive Service Dealers or America, Inc. has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

Dated: June 9, 2008                                  Respectfully submitted,


                                                      /s/ Joseph D. Jean
                                                     Joseph D. Jean
                                                     Federal Bar No. CT 18707
                                                     Dickstein Shapiro LLP
                                                     1177 Avenue of the Americas
                                                     New York, NY 10036-2714
                                                     Telephone: (212) 277-6500
                                                     Facsimile: (212) 277-6501
                                                     JeanJ@dicksteinshapiro.com
                                                     Counsel for Defendant
                                                     ArvinMeritor, Inc.

CERTIFICATE OF SERVICE

    I, Sabrina Nelson, hereby certify that I caused the foregoing to be served this 9th day of June, 2008. Notice of this filing will be sent to those who are on the listserve to receive email notices by operation of the court's electronic filing system.


/s/ Sabrina A. Nelson
Sabrina A Nelson


Dated: June 9, 2008