AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
          Plaintiffs,
                    v.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES,INC., ET
AL.
          Defendants

CASE NUMBER:  **308CV00729** 

TO: (Name and address of Defendant)

**ARVINMERITOR**
2135 W MAPLE ROAD
TROY, MICHIGAN 48084-7121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBISTKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____70_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA
CLERK

DATE  *May 13, 2008*

(By) DEPUTY CLERK

514417

STATE OF CONNECTICUT:

                     SS: EAST HARTFORD, CT       May 21, 2008

COUNTY OF HARTFORD:

3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

-v-

Champion Laboratories, Inc., et al.

---

THAT by and at the direction of the Plaintiff's Attorney, on May 21, 2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package upon the within named defendant:

Arivinmeritor                    #7001 0320 0004 3268 5690
2135 W. Maple Road
Troy, MI 48084-7121

By depositing at the East Hartford Post Office, a verified true and attested copy of the original, Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package, certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark Here

Sent To  "the Secretary"
ARVinmeritor
Street, Apt. No.; or PO Box No.  2135 W. Maple Road
City, State, ZIP+4

## SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
               : EAST HARTFORD, CT      May 31, 2008

COUNTY OF HARTFORD  :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a

U.S. Post Office, a letter certified, postage prepaid, return receipt

requested, in which letter contained a true and attested copy of the

original civil process in this action, and on the above date the letter/receipt

was returned to me.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
"The Secretary"
ARVin meritor
21 35 W. maple Road
Troy, MI
48084-7121

4a. Article Number
7001 0320 0004 3268 5690

4b. Service Type
☐ Registered    ☑ Certified
☐ Express Mail   ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
5-28-08

5. Received By: (Print Name)
Tammy E. Harder

6. Signature: (Addressee or Agent)
X Tammy E. Harder

8. Addressee's Address (Only if requested and fee is paid)

_e L. Foran_
_SS SERVER_

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3811, Receipt

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of    Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
       Plaintiffs,

       v.

CHAMPION LABORATORIES,INC., ET
AL.
       Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **308CV00729 VLB**

TO: (Name and address of Defendant)

    **BALDWIN FILTERS INC.**
    4400 EAST HIGHWAY 30
    KEARNEY NEBRASKA 68847

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____20_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

DATE  May 13, 2008

(By) DEPUTY CLERK

514414

STATE OF CONNECTICUT:

                   SS: EAST HARTFORD, CT      May 21, 2008

COUNTY OF HARTFORD:

                           3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

                                     -v-

Champion Laboratories, Inc., et al.

---

                           THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information

Package upon the within named defendant:

Baldwin Filters, Inc.                  #7001 0320 0004 3268 5669
4400 East Highway 30
Kearney, NE 68847

                       By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

                   THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

                       ATTEST:

                       Keith Niziankiewicz, Private Process Server



# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                                 : EAST HARTFORD, CT        May 30, 2008
COUNTY OF HARTFORD  :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a

U.S. Post Office, a letter certified, postage prepaid, return receipt

requested, in which letter contained a true and attested copy of the

original civil process in this action, and on the above date the letter/receipt

was returned to me.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marly Brewer*  ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Marty Brewer*   S-26-08 |
| 1. Article Addressed to:<br>"The Secretary"<br>Baldwin Filters Inc.<br>4400 East Highway 30<br>Kearny, NE<br>68847 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>L. Foran<br>SS SERVER |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>(*Transfer from service label*)  7001 0320 0004 3268 5669 | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

PS Form 3811

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
        Plaintiffs,
           v.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES,INC., ET
AL.
      Defendants

CASE NUMBER:   **308CV00729VLB**

TO: (Name and address of Defendant)

**BOSCH USA**
**ROBERT BOSCH LLC**
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MICHIGAN 48331

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____ 70 _____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA
CLERK

DATE   May 13, 2008

(By) DEPUTY CLERK

514415

STATE OF CONNECTICUT:
          SS: EAST HARTFORD, CT      May 21, 2008
COUNTY OF HARTFORD:

3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated
-v-
Champion Laboratories, Inc., et al.

---

THAT by and at the direction of the Plaintiff's Attorney, on May 21, 2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package upon the within named defendant:

BOSCH USA/ROBERT BOSCH LLC        #7001 0320 0004 3268 5744
c/o CSC – Lawyers Incorporating Service Company, Agent
601 Abbot Road,
East Lansing, MI 48823

By depositing at the East Hartford Post Office, a verified true and attested copy of the original, Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package, certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Sent To Bosch USA / Robert Bosch LLC
The Secretary
c/o Lawyers Incorp Service Company AGENT
Street, Apt. No.;
or PO Box No. 601 Abbot Road
City, State, ZIP+4 E. Lansing MI 48823

STATE OF CONNECTICUT:

COUNTY OF HARTFORD:
    SS: EAST HARTFORD, CT        May 21, 2008

3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

-v-

Champion Laboratories, Inc., et al.

_____

THAT by and at the direction of the Plaintiff's Attorney, on May 21, 2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package upon the within named defendant:

BOSCH USA/ROBERT BOSCH LLC          #7001 0320 0004 3268 5751
38000 Hills Tech Drive
Farmington, MI 48331

By depositing at the East Hartford Post Office, a verified true and attested copy of the original, Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package, certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server



AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
     Plaintiffs,

v.

CHAMPION LABORATORIES,INC., ET
AL.
     Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00729**

**VLB**

TO: (Name and address of Defendant)

    **CHAMPION LABORATORIES, INC.**
    200 SOUTH FORTH STREET
    ALBION, ILLINOIS 62806
    *Care of Agent for Service:*
    CT Corporation System
    208 South LaSalle Street, Suite 814
    Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____30_____ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

(BY) DEPUTY CLERK

DATE   May 13, 2008

514408

STATE OF CONNECTICUT:

            SS: EAST HARTFORD, CT       May 21, 2008

COUNTY OF HARTFORD:

                   3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

                               -v-

Champion Laboratories, Inc., et al.

---

                 THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information

Package upon the within named defendant:

Champion Laboratories, Inc.           #7001 0320 0004 3268 5775
200 South Fourth Street
Albion, IL 62806

                 By depositing at the East Hartford Post Office, a verified true and

attested copy of the original, Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

           THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

          ATTEST:

          Keith Niziankiewicz, Private Process Server



STATE OF CONNECTICUT:

SS: EAST HARTFORD, CT          May 21, 2008

COUNTY OF HARTFORD:

3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

-v-

Champion Laboratories, Inc., et al.

_____

THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint;  Civil Cover Sheet;  Court Information

Package upon the within named defendant:

Champion Laboratories, Inc.                          #7001 0320 0004 3268 5768
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.92 | |

Sent To The Secretary
c/o Champion Laboratories Inc
c/o CT corporation System
Street, Apt. No.;
or PO Box No. 208 S. LaSalle St. Ste 814
City, State, ZIP+4 Chicago, IL 60604

PS Form 3800, January 2001                     See Reverse for Instructions

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: EAST HARTFORD, CT        May 30, 2008
COUNTY OF HARTFORD  :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

| 3. Article Addressed to: "(The Secretary" Champion Laboratories 200 South Forth STREET ALBION IL 62806 | 4a. Article Number 7001 0320 0004 3268 5725 |
|---|---|
| | 4b. Service Type |
| | ☐ Registered    ☑ Certified |
| | ☐ Express Mail    ☐ Insured |
| | ☐ Return Receipt for Merchandise    ☐ COD |
| | 7. Date of Delivery  5-2?-8 |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)* X J. Kleen | |

e L. Foran
SS SERVER

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:

COUNTY OF HARTFORD  :

: EAST HARTFORD, CT        May 29, 2008

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a

U.S. Post Office, a letter certified, postage prepaid, return receipt

requested, in which letter contained a true and attested copy of the

original civil process in this action, and on the above date the letter/receipt

was returned to me.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| "the Secretary" Champion Laboratories c/o CT Corp. Agent 208 South LaSalle St, Suite 814 Chicago, IL 60604 | 7001 0320 0004 3268 5980 |
| | 4b. Service Type |
| | ☐ Registered   ☒ Certified |
| | ☐ Express Mail   ☐ Insured |
| | ☐ Return Receipt for Merchandise   ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)  X | |

e L. Foran
SS SERVER

RECEIVED
MAY 22 2008
DEPT

Thank you for using Return Receipt Service.

s your RETURN ADDRESS completed on the reverse side?

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of    Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
        Plaintiffs,

        v.

CHAMPION LABORATORIES,INC., ET
AL.
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **308CV00729 VLB**

TO: (Name and address of Defendant)

    **DONALDSON COMPANY, INC.**
    1400 W 94TH STREET
    MINNEAPOLIS, MINNESOTA 55431

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____70_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

_Barbara Grady_

(By) DEPUTY CLERK

DATE  _May 13, 2008_

514413

STATE OF CONNECTICUT:

                              SS: EAST HARTFORD, CT          May 21, 2008

COUNTY OF HARTFORD:

                                   3:08 cv  00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

                                              -v-

Champion Laboratories, Inc., et al.

_____

                              THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information

Package upon the within named defendant:


Donaldson Company, Inc..                    #7001 0320 0004 3268 5652
1400 W. 94th Street
Minneapolis, MN 55431

                              By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:


                    THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

                                   ATTEST:



                                   _____

                                   Keith Niziankiewicz, Private Process Server





**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark
Here

Sent To *"The Secretary"*
*Donaldson Company Inc.*
Street, Apt. No.;
or PO Box No. 1400 W. 94th Street
City, State, ZIP+4
Minneapolis MN 55431

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                : EAST HARTFORD, CT     May 31, 2008
COUNTY OF HARTFORD  :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

"The Secretary"
Donaldson Company Inc.
1400 W. 94th Street
Minneapolis, MN
55431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
DALTON

C. Date of Delivery
5/27/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_JAMES L. ANNEX 55439_
_MAY 27 2000_
_USPS_

_e L. Foran_
_SS SERVER_

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7001 0320 0004 3268 5652

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
      Plaintiffs,

       v.

CHAMPION LABORATORIES,INC., ET
AL.
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00729 VLB**

TO: (Name and address of Defendant)

    **HONEYWELL INTERNATIONAL, INC.**
    101 COLUMBIA ROAD
    MORRISTOWN, NEW JERSEY 07962

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBISTKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA
CLERK

_Barbara Grady_
(By) DEPUTY CLERK

_May 13, 2008_
DATE

514404

STATE OF CONNECTICUT:

          SS: EAST HARTFORD, CT     May 21, 2008

COUNTY OF HARTFORD:

3:08 cv 00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

-v-

Champion Laboratories, Inc., et al.

---

THAT by and at the direction of the Plaintiff's Attorney, on May 21, 2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package upon the within named defendant:

Honeywell International, Inc.         #7001 0320 0004 3268 5720
101 Columbia Road
Morristown, NJ 07962

By depositing at the East Hartford Post Office, a verified true and attested copy of the original, Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information Package, certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark Here

Sent To
The Secretary
Honeywell International Inc.
Street, Apt. No.;
or PO Box No. 101 Columbia Road
City, State, ZIP+4
Morristown NJ 07962

7001 0320 0004 3268 5720

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:

COUNTY OF HARTFORD : EAST HARTFORD, CT    May 29, 2008

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: "The Secretary"
Honeywell International
101 Columbia Road
Morristown, NJ
07962

4a. Article Number
7001 0320 0004 3268 5720

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

e L. Foran
SS SERVER

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

PS Form **3811**, December 1994        Domestic Return Receipt

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
       Plaintiffs,

       v.

CHAMPION LABORATORIES,INC., ET
AL.
       Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00729** **VLE**

TO: (Name and address of Defendant)

    **MANN + HUMMEL USA, INC.**
    6400 S SPRINKLE ROAD
    PORTAGE, MICHIGAN 49002-9706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

(By) DEPUTY CLERK

DATE   May 13, 2008

514416

STATE OF CONNECTICUT:
                        SS: EAST HARTFORD, CT        May 21, 2008
COUNTY OF HARTFORD:

                        3:08 cv  00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated
                                        -v-
Champion Laboratories, Inc., et al.

_____

                        THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information

Package upon the within named defendant:

Mann & Hummel USA, Inc.                    #7001 0320 0004 3268 5706
6400 S. Sprinkle Road
Portage, MI 49002-9706

                        By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

                THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

                                ATTEST:

                                Keith Niziankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark
Here

Sent To  "the Secretary"
mAnn +Hummel USA Inc.
Street, Apt. No.;
or PO Box No.  6400 S. Sprinkle Road
City, State, ZIP+4
Portage MI  49002-9706

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                           : EAST HARTFORD, CT        May 30, 2008
COUNTY OF HARTFORD   :


308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al


At said East Hartford, I deposited in a

U.S. Post Office, a letter certified, postage prepaid, return receipt

requested, in which letter contained a true and attested copy of the

original civil process in this action, and on the above date the letter/receipt

was returned to me.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| "The Secretary" <br> Mann + Hummel USA Inc. <br> 6400 S. Sprinkle Road <br> Postage MI <br> 49002-9706 | 7001 0320 0004 3268 5206 |

4b. Service Type
☐ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☑ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
5-27-08

5. Received By: (Print Name)
Marjie Paulin

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Marjie Paulin

L. Foran
SS SERVER

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
     Plaintiffs,

    v.

CHAMPION LABORATORIES,INC., ET
AL.
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00729** VLB

TO: (Name and address of Defendant)

**PUROLATOR FILTERS NA, LLC**
3200 NATAL STREET
FAYETTEVILLE, NORTH CAROLINA 28306-2845

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

(By) DEPUTY CLERK

DATE   May 13, 2008

514406

STATE OF CONNECTICUT:

               SS: EAST HARTFORD, CT     May 21, 2008

COUNTY OF HARTFORD:

                         3:08 cv  00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

                                -v-

Champion Laboratories, Inc., et al.

---

                        THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case;  Complaint;  Civil Cover Sheet; Court Information

Package upon the within named defendant:

Purolator Filters NA, LLC.          #7001 0320 0004 3268 5713
3200 Natal Street
Fayetteville, NC 28306-2845

                        By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case;  Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

         THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

                     ATTEST:

                        Keith Niziankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.82 |

Postmark Here

Sent To ("The Secretary") Purolator Filters NA LLC
Street, Apt. No.; or PO Box No. 3200 Natal Street
City, State, ZIP+4

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: EAST HARTFORD, CT          May 30, 2008
COUNTY OF HARTFORD   :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: "The Secretary"
Purolator Filters NA LLC
3200 Natal Street
Fayetteville N.C.
28306-2845

4a. Article Number
7001 0320 0004 3268 5713

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail         ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
5-27-08

5. Received By: (Print Name)
Notisola A. McKenzie

6. Signature: (Addressee or Agent)
X Notisola A. McKenzie

8. Addressee's Address (Only if requested and fee is paid)

L. Foran
SS SERVER

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
      Plaintiffs,

**SUMMONS IN A CIVIL CASE**

v.

CHAMPION LABORATORIES,INC., ET
AL.
      Defendants

CASE NUMBER: **308CV00729**

TO: (Name and address of Defendant)

**UNITED COMPONENTS, INC.**
14601 HIGHWAY 41 N
EVANSVILLE, ILLINOIS 47725-9357

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBISTKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____30_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA
_____
CLERK

_____
(By) DEPUTY CLERK

May 13, 2008
_____
DATE

514418

STATE OF CONNECTICUT:

                SS: EAST HARTFORD, CT       May 21, 2008

COUNTY OF HARTFORD:

                        3:08 cv  00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated

                                        -v-

Champion Laboratories, Inc., et al.

---

                             THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case;  Complaint;  Civil Cover Sheet; Court Information

Package upon the within named defendant:

United Components, Inc..                     #7001 0320 0004 3268 5737
14601 Highway 41 N
Evansville, IN 47725-9357

                             By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case;  Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

                       THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

                        ATTEST:

                        Keith Nizlankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark Here

Sent To _it the Secretary_
Street, Apt. No.; or PO Box No. _United Componets Inc._
City, State, ZIP+4 _14601 Highway 41 N_
_Evansville  IN  47725-9357_

PS Form 3800, January 2001        See Reverse for Instructions

7001 0320 0004 3268 5737

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                : EAST HARTFORD, CT        May 30, 2008
COUNTY OF HARTFORD   :

308CV00729 VLB
Gasoline and Automotive Service Dealers of America, Inc. on behalf of its members and all others similarly situated

vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a

U.S. Post Office, a letter certified, postage prepaid, return receipt

requested, in which letter contained a true and attested copy of the

original civil process in this action, and on the above date the letter/receipt

was returned to me.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: *The Secretary* | 4a. Article Number |
| *United Components Inc.* | 7001 0320 0004 3268 5937 |
| *14601 Highway 41 N.* | 4b. Service Type |
| *Evansville, IN* | ☐ Registered   ☒ Certified |
| *47725-9357* | ☐ Express Mail   ☐ Insured |
| | ☒ Return Receipt for Merchandise ☐ COD |
| | 7. Date of Delivery 5/27/06 |

| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)* X | |

L. Foran
SS SERVER

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3811, December 1994

Domestic Return Receipt

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

GASOLINE AND AUTOMOTIVE
SERVICE DEALERS OF AMERICA, INC.,
on behalf of its members and all others
similarly situated,
        Plaintiffs,

v.

CHAMPION LABORATORIES,INC., ET
AL.
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00729VLB**

TO: (Name and address of Defendant)

**WIX FILTRATION CORP. LLC**
ONE WIX WAY
GASTONIA, NORTH CAROLINA 28054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____20_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA
CLERK

DATE   May 13, 2008

(By) DEPUTY CLERK

514409

STATE OF CONNECTICUT:
SS: EAST HARTFORD, CT          May 21, 2008
COUNTY OF HARTFORD:

3:08 cv  00729 (VLB)

Gasoline &Automotive Service Dealers of America, Inc. on behalf of Itself and All Others Similarly Situated
-v-
Champion Laboratories, Inc., et al.

_____

THAT by and at the direction of the Plaintiff's Attorney, on May 21,

2008, I made due and legal service of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Court Information

Package upon the within named defendant:

Wix Filtration Corp., LLC                #7001 0320 0004 3268 5683
One Wix Way
Gastonia, NC 28054

By depositing at the East Hartford Post Office, a verified true and

attested copy of the original,  Summons in a Civil Case; Complaint;  Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to the within named defendant:

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER
SHEET; COURT INFORMATION PACKAGE WITH MY DOINGS HEREON ENDORSED:

ATTEST:

Keith Niziankiewicz, Private Process Server



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $  6·92 | |

Sent To          "The Secretary"
Wix Filtration Corp LLC
Street, Apt. No.; or PO Box No.  One Wix WAY
City, State, ZIP+4  Gastonia NC 28054

7001 0320 0004 3268 5683