## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated | : : : : : | CIVIL ACTION NO. |
| | : | 3:08-CV-00729 (VLB) |
| VS. | : : | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | : : : : : : : : : | JUNE 10, 2008 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance in the above captioned case as counsel for defendant, Mann + Hummel U.S.A., Inc.   I certify that I am admitted to practice in this court.

      By:   /s/ David A. Ball
           David A. Ball, Esq.
           Federal Bar No. ct10154
           Cohen and Wolf, P.C.
           1115 Broad Street
           Bridgeport, CT  06604
           Tele:  (203) 337-4134
           Fax:  (203) 394-9901
           E-mail: dball@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of the Appearance of David A. Ball, Esq. for Defendant Mann + Hummel U.S.A., Inc. dated June 10, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                /s/ David A. Ball
                                                David A. Ball