UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated | : : : : : | CIVIL ACTION NO. |
| | : | 3:08-CV-00729 (VLB) |
| VS. | : : | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | : : : : : : : : : | JUNE 10, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.


By:  /s/ David A. Ball
    David A. Ball, Esq.
    Federal Bar No. ct10154
    Cohen and Wolf, P.C.
    1115 Broad Street
    Bridgeport, CT  06604
    Tele:  (203) 337-4134
    Fax:   (203) 394-9901
    E-mail: dball@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of the Corporate Disclosure Statement for Defendant Mann + Hummel U.S.A., Inc. dated June 10, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

        /s/ David A. Ball
        David A. Ball