# SUPPLEMENTAL RETURN OF SERVICE

State of Connecticut:

        East Hartford, CT                                       June 2, 2008

County of Hartford:

308CV00729 VLB

Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similalry situated

Vs.

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and

*[Attached: USPS Certified Mail Return Receipt]*

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
"The Secretary"
Wix Filtration Corp LLC
One Wix Way
Gastonia NC 28054

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Robin Brackett   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): Robin Brackett   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   ☐ No

[Postmark: MAY 29 2008]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0004 3268 5683

...e L. Foran, Process Server

# SUPPLEMENTAL RETURN OF SERVICE

State of Connecticut:

        East Hartford, CT                                                                  June 2, 2008

County of Hartford:

308CV00729 VLB

Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similalry situated

Vs.

Champion Laboratories, Inc., et al

                                               At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and

                                                             L. Foran, Process Server

[Return receipt card, PS Form 3811, attached]

Article Addressed to: "The Secretary" @ Bosch USA / Robert Bosch LLC c/o CSC-Lawyers Incorp. Service Company - Agent, 601 Abbot Road, E. Lansing MI 48823

Article Number: 7001 0380 0004 3268 5744

Service Type: ☒ Certified

# SUPPLEMENTAL RETURN OF SERVICE

State of Connecticut:

        East Hartford, CT                               June 6, 2008

County of Hartford:

308CV00729 VLB

Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similalry situated

Vs.

Champion Laboratories, Inc., et al

        At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

"The Secretary"
Cummins Filtration Inc.
2931 Elm Hill Pike
Nashville TN 37214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. Love
C. Date of Delivery: 6/3/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0004 3268 5676

[signature] L. Foran, Process Server