# SUPPLEMENTAL RETURN OF SERVICE

State of Connecticut:

        East Hartford, CT                                             June 2, 2008

County of Hartford:

        At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

Attest:

Chrstine L. Foran, Process Server

Connecticut Process Serving
9 Beaumont Street
East Hartford, CT 06108



02 1P        $ 006.82
0002525695  MAY 21 2008
MAILED FROM ZIP CODE 06108

refused

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: "The Secretary"
Bosch USA / Robert Bosch LLC
38000 Hills Tech Drive
Farmington Hills, MI
48331

4a. Article Number
7001032000043268575I

4b. Service Type
☐ Registered       ☒ Certified
☐ Express Mail     ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994

NIXIE        2008 1     05  05/28/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

7001 0320 0004 3268 5751