**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GASOLINE AND AUTOMOTIVE SERVICE : 
DEALERS OF AMERICA INC., on behalf of its : Civil Action No. 3:08-cv-00729-VLB
members and all others similarly situated, :
                                          :
                          Plaintiff,      :
                                          :
              v.                          :
                                          :
CHAMPION LABORATORIES INC.;               :
PUROLATOR FILTERS NA LLC;                 :
HONEYWELL INTERNATIONAL INC.; WIX         :
FILTRATION PRODUCTS; CUMMINS              :
FILTRATION INC.; THE DONALDSON            :
COMPANY; BALDWIN FILTERS INC.;            : June 10, 2008
BOSCH USA; MANN AND HUMMEL USA            :
INC.; ARVINMERITOR INC.; UNITED           :
COMPONENTS INC.                           :
                          Defendants.     :

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Baldwin Filters, Inc.

(a private non-governmental party) certifies that the following publicly-held corporation

is its parent corporation and owns more than 10% of its stock: CLARCOR Inc.

Respectfully submitted,

DEFENDANT, BALDWIN FILTERS, INC.

By___/s/ *Maria E. Kokiasmenos*
 Maria E. Kokiasmenos (ct27005)
AXINN, VELTROP & HARKRIDER
LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 276-8101
mek@avhlaw.com

1

OF COUNSEL:

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476 (Direct)
212 310-1637 (Fax)
Darrell.Prescott@bakernet.com

*Counsel for Defendant Baldwin Filters
Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


/s/ Maria E. Kokiasmenos    
Maria E. Kokiasmenos