UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA INC., on behalf of its members and all others similarly situated, | : : : : | Civil Action No. 3:08-cv-00729-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| CHAMPION LABORATORIES INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN AND HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC. | : : : : : : : : : | June 10, 2008 |
| Defendants. | : | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), Defendant Baldwin Filters, Inc. ("Baldwin") moves for an extension of time of thirty (30) days to July 13, 2008 in which to serve its answer or motion in response to the Complaint, and states the following:

1. The Plaintiff filed its Complaint on May 12, 2008, and subsequently served Baldwin by mail on May 21, 2008.

2. This is Baldwin's first request for an extension of time regarding this deadline.

3. Baldwin and its counsel require additional time to investigate the allegations set forth in the Complaint and prepare a response thereto.

4. Accordingly, Baldwin, with Plaintiff's consent, now asks this Court to grant a thirty (30) day extension of time through and including July 13, 2008 to respond to Plaintiff's Complaint.

5. A representative contacted Plaintiff's counsel on behalf of all defendants regarding this motion and Plaintiff has consented to this extension.

WHEREFORE, for the foregoing reasons, Defendant Baldwin Filters Inc., with consent of the Plaintiff, respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

DEFENDANT, BALDWIN FILTERS, INC.

By: /s/ Maria E. Kokiasmenos
Maria E. Kokiasmenos (ct27005)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103
Tel: (860) 275-8100
Fax: (860) 275-8101
mek@avhlaw.com

OF COUNSEL:

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476 (Direct)
212 310-1637 (Fax)
Darrell.Prescott@bakernet.com

*Counsel for Defendant Baldwin Filters Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ Maria E. Kokiasmenos
                                                  Maria E. Kokiasmenos