UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, : : : : : | |
| Plaintiff, : | Case No.: 3:08-CV-00729 (VLB) |
| v. : : | |
| CHAMPION LABORATORIES, INC., et al., : : : | |
| Defendants. : | June 11, 2008 |

**DEFENDANT DONALDSON COMPANY, INC.'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant Donaldson Company, Inc. respectfully moves for an extension of time of thirty (30) days, up to and including July 10, 2008, to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendant Donaldson Company, Inc. states the following:

1. A representative contacted plaintiff's counsel on behalf of all defendants regarding this motion and plaintiff has consented to this extension;

2. This is defendant Donaldson Company, Inc.'s first motion for extension of time; and

3. Defendant Donaldson Company, Inc. needs additional time to investigate the business practices alleged in the complaint in order to adequately respond to plaintiff's complaint.

WHEREFORE, for the foregoing reasons, defendant Donaldson Company, Inc., with consent of the plaintiff, respectfully requests that this Motion for Extension of Time be granted.

**DEFENDANT
DONALDSON COMPANY, INC.**


By:  /s/ Erika L. Amarante
     Edward Wood Dunham (ct05429)
     Erika L. Amarante (ct22393)
     WIGGIN AND DANA LLP
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     (203) 498-4400
     (203) 782-2889 fax
     edunham@wiggin.com
     eamarante@wiggin.com

     *Its Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2008, a copy of the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Erika L. Amarante
      Erika L. Amarante