UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA INC., on behalf of its members and all others similarly situated, | : : : | Civil Action No. 3:08-cv-00729-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| CHAMPION LABORATORIES INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN AND HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC. Defendants. | : : : : : : : : : : | June 12, 2008 |

## NOTICE OF APPEARANCE

Please take notice that Defendant, Baldwin Filters Inc., is represented in this action by the undersigned member of the bar of this Court.

By:  /s/ Francis H. Morrison III
Francis H. Morrison III (ct04200)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100
Fax: (860) 275-8101
fhm@avhlaw.com
**Attorney for Defendant
Baldwin Filters, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Francis H. Morrison III
    Francis H. Morrison III