UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>    Defendants. | **Case No. 3:08-cv-00729-VLB**<br><br>(Honorable Vanessa L. Bryant)<br><br><br><br><br><br><br><br>June 16, 2008 |

## NOTICE OF APPEARANCE

Please take notice that Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC,[1] are represented in this action by the undersigned member of the bar of this Court.

---

[1]  Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

2

Dated: June 16, 2008                               Respectfully submitted,

                                   By:    /s/ William M. O'Connor

                                          William M. O'Connor (CT02731)
                                          CROWELL & MORING, LLP
                                          153 E. 53rd St., 31st Floor
                                          New York, NY  10022-4602

                                          *Attorney for Defendants*
                                          *Purolator Filters N.A. L.L.C.,*
                                          *& Robert Bosch LLC*

2

## **CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on June 16, 2008, he electronically filed the foregoing Notice of Appearance using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5982950