## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similarly situated | **Case No. 3:08-cv-00729-VLB** |
| Plaintiff, | (Honorable Vanessa L. Bryant) |
| vs. | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | June 16, 2008 |
| Defendants. | |

## DEFENDANTS PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate parent companies:

Defendant Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

Robert Bosch LLC has two "members," or parents: Robert Bosch North

America Corporation and Robert Bosch Zweite

VermoegensverwaltungsgesellschaftmbH.

Dated: June 16, 2008                    Respectfully submitted,


By:    /s/ William M. O'Connor

William M. O'Connor (CT02731)
CROWELL & MORING, LLP
153 E. 53rd St., 31st Floor
New York, NY  10022-4611

*Attorney for Defendants*
*Purolator Filters N.A. L.L.C.,*
*& Robert Bosch LLC*

## **CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on June 16, 2008, he electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement using the CM/ECF System.  Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.


/s/ William M. O'Connor
William M. O'Connor – CT02731

5982990