## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gasoline and Automotive Service Dealers of America, Inc., on behalf of its members and all others similarly situated | **Case No. 3:08-cv-00729-VLB** |
| Plaintiff, | (Honorable Vanessa L. Bryant) |
| vs. | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | June 16, 2008 |
| Defendants. | |

### DEFENDANTS PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Purolator Filters N.A. L.L.C. ("Purolator") and Robert Bosch

LLC[1] ("Bosch") hereby move the Court, with the consent of plaintiff, pursuant to the

Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order enlarging the

time for Purolator and Bosch to respond to the complaint in this action for 30 days.

This motion is not intended to waive any defenses that Purolator or Bosch may

have, including, but not limited to, the defenses of insufficiency of the service of

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

process, improper venue, and lack of personal jurisdiction.  The grounds for the motion are as follows:

1.    On or about May 12, 2008, plaintiff Gasoline and Automotive Service Dealers of America, filed this action, Docket No. 3:08-cv-00729-LVB against, *inter alia*, Purolator Filters N.A. L.L.C. and Bosch U.S.A.  The action alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1.  Plaintiff styled the action as a putative class action.

2.    As of the date of this motion, several other plaintiffs have filed complaints in this and in other federal districts dealing with the same or similar subject matter to this complaint.

3.    Because of the complexity of this matter's procedural posture, Purolator and Bosch hereby move, with plaintiff's consent, to extend the time for Purolator and Bosch to answer or otherwise respond to this complaint for 30 days, without prejudice to Purolator's and Bosch's right to seek additional time to answer or otherwise to respond to the complaint.

4.    In accordance with Local Rule 7(b)(3), a representative conferred with counsel for plaintiff on behalf of all defendants prior to filing this motion and was advised that plaintiff consents to the relief requested.

5.    Neither Purolator nor Bosch has previously requested an extension of time to answer or otherwise respond to the complaint.

Dated: June 16, 2008                              Respectfully submitted,



                                       By:      /s/ William M. O'Connor

                                                William M. O'Connor (CT02731)
                                                CROWELL & MORING, LLP
                                                153 E. 53rd St., 31st Floor
                                                New York, NY  10022-4611

                                                *Attorney for Defendants*
                                                *Purolator Filters N.A. L.L.C.,*
                                                *&Robert Bosch LLC*

## CERTIFICATE OF SERVICE

William O'Connor, an attorney, hereby certifies that, on June 16, 2008, he electronically filed the foregoing Consent Motion for an Extension of Time to Respond to the Complaint using the CM/ECF System.  Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.


/s/ William M. O'Connor
William M. O'Connor – CT02731

5690879

4