UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No.: 3:08–cv–00729–VLB<br><br><br>June 17, 2008 |

**APPEARANCE**

Please enter the appearance of DAVID S. HARDY on behalf of the Defendant, HONEYWELL INTERNATIONAL INC., in the above-captioned action.

Respectfully Submitted,
HONEYWELL INTERNATIONAL INC.

By: _____
David S. Hardy
Federal Bar No. ct20904
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dhardy@carmodylaw.com
Its attorney

## CERTIFICATION

I hereby certify that, on this 17th day of June 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
David S. Hardy

2

CARMODY & TORRANCE LLP  195 Church Street
Attorneys at Law  Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501