UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No.: 3:08-cv-00729-VLB<br><br><br><br>June 17, 2008 |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT HONEYWELL INTERNATIONAL INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant, Honeywell International, Inc. ("Honeywell"), submits the following corporate disclosure statement:

(1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Respectfully Submitted,
HONEYWELL INTERNATIONAL INC.

By: _____
David S. Hardy
Federal Bar No. ct20904
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dhardy@carmodylaw.com
Its attorney

2

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

I hereby certify that, on this 17th day of June 2008, a copy of the foregoing Defendant Honeywell International Inc.'s Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        David S. Hardy

CARMODY & TORRANCE LLP  
Attorneys at Law  
195 Church Street  
Post Office Box 1950  
New Haven, CT 06509-1950  
Telephone: 203 777-5501