UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No.: 3:08-cv-00729-VLB<br><br><br>June 17, 2008 |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Honeywell International Inc. ("Honeywell") hereby moves the Court, with the consent of plaintiff, pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order enlarging the time for Honeywell to respond to the complaint in this action for 30 days. This motion is not intended to waive any defenses that Honeywell may have, including, but not limited to, the defense of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for the motion are as follows:

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

1. On or about May 12, 2008, plaintiff Gasoline and Automotive Service Dealers of America, filed this action, Docket No. 3:08-cv-00729-LVB against, *inter alia*, Honeywell. The action alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the action as a putative class action.

2. As of the date of this motion, thirty-seven actions filed in this and in six other federal districts allege facts involving the same or similar subject matter to this complaint.

3. Because of the complexity of this matter's procedural posture, Honeywell hereby moves, with plaintiff's consent, to extend the time for Honeywell to answer or otherwise respond to this complaint for 30 days, without prejudice to Honeywell's right to seek additional time to answer or otherwise respond to the complaint.

4. In accordance with Local Rule 7(b)(3), a representative on behalf of all defendants conferred with counsel for plaintiff prior to filing this motion and was advised that plaintiff consents to the relief requested.

5. Honeywell has not previously requested an extension of time to answer or otherwise respond to the complaint.

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

2

Dated: June 17, 2008

Respectfully submitted,

/s/ David S. Hardy
David S. Hardy (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199
dhardy@carmodylaw.com

*Counsel for Honeywell International Inc.*

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of June 2008, a copy of the foregoing Defendant Honeywell International Inc.'s Consent Motion for Extension of Time to Respond to the Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ David S. Hardy
        David S. Hardy

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

4