UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, | : : : : | CIVIL ACTION NO. |
| Plaintiff, | : : | 3:08-CV-00729 (VLB) |
| vs. | : : | |
| CHAMPION LABORATORIES, INC., ET AL., | : : | JUNE 18, 2008 |
| Defendants. | : : | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Cummins Filtration Inc. in the above-captioned action.

    /s/ Thomas D. Goldberg
Thomas D. Goldberg (ct04396)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
(203) 977-7301 (fax)
tdgoldberg@daypitney.com

-2-

## CERTIFICATION

      I hereby certify that on June 18, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                         /s/ Thomas D. Goldberg
                             Thomas D. Goldberg