## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, | : : : | CIVIL ACTION NO. |
| Plaintiff, | : : | 3:08-CV-00729 (VLB) |
| vs. | : : | |
| CHAMPION LABORATORIES, INC., ET AL., | : : | JUNE 18, 2008 |
| Defendants. | : : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins Filtration Inc. hereby states that Cummins Inc. is its parent corporation and owns more than 10% of its stock.

-2-

**DEFENDANT**
**CUMMINS FILTRATION INC.**


By   /s/ Kenneth W. Ritt
    Thomas D. Goldberg (ct04396)
    Kenneth W. Ritt (ct05982)
    Day Pitney LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300
    (203) 977-7301 (fax)
    tdgoldberg@daypitney.com
    kwritt@daypitney.com
    Its Attorneys

    Of Counsel:

    Francis P. Barron
    Michael A. Paskin
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019-7475
    (212) 474-1000 (phone)
    (212) 474-3700 (fax)

-3-

## CERTIFICATION

      I hereby certify that on June 18, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                            /s/ Kenneth W. Ritt
                                                             Kenneth W. Ritt