# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC., <br><br> Defendants. | Case No.: 3:08-cv-00729-VLB <br><br><br> June 19, 2008 |

## APPEARANCE

Please enter the appearance of JAMES K. ROBERTSON on behalf of the Defendant, HONEYWELL INTERNATIONAL INC., in the above-captioned action.

Respectfully Submitted,
HONEYWELL INTERNATIONAL INC.

By: /s/ James K. Robertson
James K. Robertson
Federal Bar No. ct05301
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
E-mail: jrobertson@carmodylaw.com
Its attorney

{N0792010}

## CERTIFICATION

I hereby certify that, on this 19th day of June 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

James K. Robertson

2

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200