UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No. 3:08–cv–00729-VLB<br><br><br><br>JUNE 19, 2008 |

**JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND A STAY PENDING TRANSFER AND CONSOLIDATION**

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint and a Stay Pending Transfer and Consolidation. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson

Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants");

At least thirty-eight complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

At least eighteen Filters Cases have been filed in the District of Connecticut, seven of which are pending before The Honorable Janet Bond Arterton;

On May 16, 2008, Judge Arterton held a status conference in *S&E Quick Lube Distributors, Inc. v. Champion Labs. et al.*, No. 3:08-cv-475 (JBA), during which the court consented to the Plaintiffs' request to have all of the direct purchaser Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

Plaintiff has moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action and any pre-trial discovery would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint and a Stay Pending Transfer and Consolidation.

Dated: June 19, 2008

Respectfully submitted,

/s/ Rachel R. Mandel
Benjamin A. Solnit (ct00292)
Rachel Reingold Mandel (ct26938)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs., Inc. and United Components Inc.*

/s/ William M. O'Connor
William M. O'Connor  (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

/s/ Doug Dubitsky
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Marvin A. Miller
Matthew E. Van Tine
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
Fax: 312-676-2676

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

Brandon E. Lacoff
GREENWICH LEGAL, LLC
174 West Putnam Avenue, 2nd Floor
Greenwich, CT 06830
Telephone: 203-622-6001
Fax:  1-800-805-9209

*Counsel for Plaintiff*

4

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*


/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

<u>/s/ Edward Wood Dunham</u>
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

<u>/s/ Francis H. Morrison, III</u>
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

6

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

## CERTIFICATION

I hereby certify that on June 19, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel R. Mandel
Rachel Reingold Mandel (ct26938)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No. 3:08–cv–00729-VLB<br><br><br><br><br><br><br><br><br>JUNE 19, 2008 |

**STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND A STAY PENDING <u>TRANSFER AND CONSOLIDATION</u>**

WHEREAS plaintiff Gasoline and Automotive Service Dealers of America, Inc. (the "Plaintiff") has filed the above-captioned case ("Plaintiff's Action");

WHEREAS Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., Inc. ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants");

WHEREAS at least thirty-eight complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

WHEREAS at least eighteen Filters Cases have been filed in the District of Connecticut, seven of which are pending before The Honorable Janet Bond Arterton;

WHEREAS on May 16, 2008, Judge Arterton held a status conference in *S&E Quick Lube Distributors, Inc. v. Champion Labs. et al.*, No. 3:08-cv-475 (JBA), during which the court consented to the Plaintiff's request to have all of the direct purchaser Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

WHEREAS Plaintiff has moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

WHEREAS four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

WHEREAS Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court (the "MDL Order");

WHEREAS Plaintiff and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action and any pre-trial discovery would be more efficient for the Parties and for the Court; and

WHEREAS Plaintiff agrees that the deadline for the Defendants to answer, move, or otherwise respond to the complaint in the Plaintiff's Action shall be extended until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases ("Response Date"); or (2) thirty days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date;

WHEREAS the Parties agree, to the extent permitted by the Court, that their obligations pursuant to Local Rule 26, Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton; and

WHEREAS Plaintiff further agrees that the extension and stay are available, without further stipulation with counsel for Plaintiff, to all Defendants who notify Plaintiff in writing of their intention to join this Stipulation.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.　　The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiff's Action shall be extended until the earliest of the following dates: (1) the Response Date; or (2) thirty days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any Filters Case prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date.

2.　　The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

3.　　The provisions of this Stipulation are available, without further stipulation with counsel for Plaintiff, to all Defendants who notify Plaintiff in writing of their intention to join this Stipulation.

IT IS SO STIPULATED.

Dated: June 19, 2008                                              Respectfully submitted,

/s/ Rachel R. Mandel                                              /s/ Doug Dubitsky
Benjamin A. Solnit (ct00292)                                      Kerry R. Callahan (ct06569)
Rachel Reingold Mandel (ct26938)                                  Doug Dubitsky (ct21558)
TYLER, COOPER & ALCORN, LLP                                       UPDIKE, KELLY & SPELLACY, P.C.
555 Long Wharf Dr., 8th Floor                                     One State St.
PO Box 1936                                                       PO Box 231277
New Haven, CT 06509-0906                                          Hartford, CT 06123-1277
Telephone: 203-784-8205                                           Telephone: 860-548-2643
Fax: 203-777-1181                                                 Fax: 860-548-6043

Margaret M. Zwisler                                               Bernard Persky
LATHAM & WATKINS LLP                                              Hollis L. Salzman
555 Eleventh Street, NW                                           Gregory Asciolla
Suite 1000                                                        LABATON SUCHAROW LLP
Washington DC 20004-1304                                          140 Broadway
Telephone: 202-637-1092                                           New York, NY 10005
Fax: 202-637-2201                                                 Telephone: (212) 907-0700
                                                                  Facsimile: (212) 818-0477
*Counsel for Defendants Champion
Labs., Inc. and United Components                                 Marvin A. Miller
Inc.*                                                             Matthew E. Van Tine
                                                                  MILLER LAW LLC
/s/ William M. O'Connor                                           115 S. LaSalle Street, Suite 2910
William M. O'Connor  (ct02731)                                    Chicago, IL 60603
CROWELL & MORING LLP                                              Telephone: 312-332-3400
153 E. 53rd St., 31st Fl.                                         Fax: 312-676-2676
New York, NY 10022
Telephone: 212-895-4200                                           Brandon E. Lacoff
Fax: 212-895-4201                                                 GREENWICH LEGAL, LLC
                                                                  174 West Putnam Avenue, 2nd Floor
Daniel Sasse                                                      Greenwich, CT 06830
Jerome A. Murphy                                                  Telephone: 203-622-6001
John L. Cuddihy                                                   Fax:  1-800-805-9209
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW                                      *Counsel for Plaintiff*
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A.
L.L.C. and Robert Bosch LLC*

- 5

- 6

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

**/s/ David L. Belt**
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*


**/s/ Kenneth W. Ritt**
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  212-474-1000
Fax:  212-474-3700

*Counsel for Cummins Filtration Inc.*

- 7 -

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*


/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

\- 9

**/s/ David A. Ball**
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel U.S.A., Inc.*

**/s/ Joseph D. Jean**
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. on behalf of its members and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>　　　　　　　Defendants. | Case No. 3:08–cv–00729–VLB |

　　PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED:

　　1.　　The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiff's Action shall be extended until the earliest of the following dates: (1) the Response Date; or (2) thirty days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any Filters Case prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date.

　　2.　　The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this

case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

IT IS FURTHER ORDERED THAT:

To conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, the extension and stay are available in all related actions assigned to the undersigned to any defendant that provides written notice to all plaintiffs of its intention to join the extension and stay, without further stipulation with counsel for plaintiffs in the related actions.


Dated:  June__, 2008                    _____
                                        VANESSA L. BRYANT
                                        United States District Judge

## CERTIFICATION

I hereby certify that on June 19, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel R. Mandel
Rachel Reingold Mandel (ct26938)