UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GASOLINE & AUTOMOTIVE SVC. DEALERS OF AMER. INC. | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:08CV729 (VLB) |
| CHAMPION LAB, INC. | : | |
| Defendants. | : | |

## ORDER

In the interest of justice, the above identified case is hereby transferred to Judge _Janet Bond Arterton_. All further pleadings or documents in this matter should be filed with the Clerk's Office in _New Haven_ and bear the docket number _3:08cv724 (VLB)_. Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 26th day of June, 2008.

/s/ Vanessa L. Bryant, USDJ
Vanessa L. Bryant
United States District Judge