UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.<br><br>     Defendants. | Case No. 3:08-cv-00729 (JBA)<br><br><br><br><br><br><br><br>July 3, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael G. Caldwell as counsel in this case for defendants Champion Laboratories, Inc. ("Champion") and United Components, Inc. ("United Components").

This appearance is solely for purposes of filing preliminary motions and is not intended to waive and does not waive any defenses that Champion or United Components may have to the plaintiffs' complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

1

Dated:  July 3, 2008                                              Respectfully submitted,


                                                       By: /s/ Michael G. Caldwell
                                                       Michael G. Caldwell – CT 26561
                                                       TYLER COOPER & ALCORN, LLP
                                                       555 Long Wharf Drive, 8th Floor
                                                       New Haven, Connecticut  06509
                                                       Telephone:  (203) 784-8200
                                                       Facsimile (203) 777-1181
                                                       Email:  mcaldwell@tylercooper.com

                                                       Attorneys for Defendants
                                                       Champion Laboratories, Inc. and
                                                       United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel who have appeared in this action by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

    /s/ Michael G. Caldwell
Michael G. Caldwell– CT 26561