**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC., on behalf of its members and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 3:08 CV 00729 (JBA) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiffs, **GASOLINE AND AUTOMOTIVESERVICE DEALERS OF AMERICA, INC.**

Respectfully submitted,
The Plaintiff

By:_/s/ Benjamin J. Berger_____
BENJAMIN J. BERGER, ESQ.
Federal Bar No. ct25555
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600
Fax 860-548-2680
bberger@uks.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on July 10, 2008, a copy of the foregoing Appearance was electronically filed.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all appearing counsel and pro-se parties that do not have access to the Court's electronic filing system.

By:  /s/ Benjamin J. Berger
BENJAMIN J. BERGER, ESQ.
Updike, Kelly & Spellacy, P.C.

519474-v1