UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Packard Automotive, Inc., et al.<br>v.<br>Honeywell Int'l, Inc., et al. | Civil No. 3:08cv600 (JBA) |
| Austin, et al.<br>v.<br>Honeywell Int'l, Inc., et al. | Civil No. 3:08cv711 (JBA) |
| Gemini of Westmont, Inc., et al.<br>v.<br>Champion Laboratories, Inc., et al. | Civil No. 3:08cv722 (JBA) |
| Gasoline & Automotive Serv. Dealers of Am., Inc., et al.<br>v.<br>Champion Laboratories, Inc., et al. | Civil No. 3:08cv729 (JBA) |
| A&L Systems, Inc., et al.<br>v.<br>Champion Laboratories, Inc., et al. | Civil No. 3:08cv797 (JBA) |
| Bettendorf Transfer & Excavating, Inc., et al.<br>v.<br>Champion Laboratories, Inc., et al. | Civil No. 3:08cv901 (JBA) |
| Auto Pro, LLC, et al.<br>v.<br>Champion Laboratories, Inc., et al. | Civil No. 3:08cv911 (JBA) |

**ORDER OF CONSOLIDATION**

The above-captioned direct- and indirect-purchaser actions (the "Class Actions") are pending in this Court for alleged violations of the antitrust laws involving the sale of filters, claiming violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Because the Class Actions are related cases involving common questions of law and fact, the Court concludes

that consolidation would promote the efficient disposition of these claims. Accordingly, and on consent of the parties:

1. The Class Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) and shall be referred to as *In re Filters Antitrust Litigation.*

2. All further entries shall be filed only with this lead caption and under the lead case number as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| In re Filters Antitrust Litigation | Civil No. 3:08cv475 (JBA) LEAD |
|---|---|

3. Pleadings or documents electronically filed under any other case caption or docket number will be refused.

4. The Court requests the assistance of counsel in calling to its attention the filing or transfer of any case that might properly be consolidated as part of *In re Filters Antitrust Litigation*, Lead Civil No. 3:08cv475 (JBA). Nothing in the foregoing shall be construed as a waiver of a Defendant's right to object to consolidation of any action subsequently filed in or transferred to this Court.

6. The terms of this Order shall not have the effect of making any person, firm, or corporation a party to any action in which he, she, or it has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/ _____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 25th day of July, 2008.