# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00729–JBA

Gasoline &Automotive Svc Dealers of Amer Inc v. Champion Lab Inc et al

Assigned to: Judge Janet Bond Arterton

Lead case: 3:08–cv–00475–JBA

Member cases:

  3:08–cv–00528–JBA
  3:08–cv–00534–JBA
  3:08–cv–00637–JBA
  3:08–cv–00660–JBA
  3:08–cv–00600–JBA
  3:08–cv–00711–JBA
  3:08–cv–00722–JBA
  3:08–cv–00729–JBA
  3:08–cv–00797–JBA
  3:08–cv–00901–JBA
  3:08–cv–00911–JBA
  3:08–cv–01120–JBA
  3:08–cv–00718–JBA
  3:08–cv–00770–JBA
  3:08–cv–00912–JBA
  3:08–cv–00988–JBA

Cause: 15:1 Antitrust Litigation

Date Filed: 05/12/2008

Date Terminated: 07/25/2008

Jury Demand: Plaintiff

Nature of Suit: 410 Anti–Trust

Jurisdiction: Federal Question

## Plaintiff

**Gasoline &Automotive Svc Dealers of Amer Inc**

*o/b/o its members &all others similarly situated*

represented by **Benjamin J. Berger**
Updike, Kelly &Spellacy, PC–Htfd
One State St., PO Box 231277
Hartford, CT 06123–1277
860–548–2636
Fax: 860–548–2680
Email: bberger@uks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doug Dubitsky**
Updike, Kelly &Spellacy, PC–Htfd
One State St., PO Box 231277
Hartford, CT 06123–1277
860–548–2643
Fax: 860–548–6043
Email: ddubitsky@uks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry R. Callahan**
Updike, Kelly &Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123–1277
860–548–2600
Email: krcallahan@uks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Lab Inc**                              represented by    **Benjamin A. Solnit**
Tyler, Cooper &Alcorn , LLP– NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8205
Fax: 203–777–1181
Email: solnit@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
Tyler, Cooper &Alcorn , LLP– NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8324
Fax: 203–777–1181
Email: mcaldwell@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
Littler Mendelson, P.C.– NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203–974–8716
Fax: 203–907–1940
Email: rmandel@littler.com
*TERMINATED: 07/15/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters NA LLC**                      represented by    **William M. O'Connor**
Crowell &Moring LLP – NY
153 E. 53rd St., 31st Fl.
New York, NY 10022
212–895–4200
Fax: 212–895–4201

Email: woconnor@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell Intl Inc**                    represented by   **David S. Hardy**
Carmody &Torrance – New Haven
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509–1950
203–784–3119
Fax: 203–784–3199
Email: dhardy@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James K. Robertson, Jr.**
Carmody &Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721–1110
203–575–2636
Email: jrobertson@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Prod**

**Defendant**

**Cummins Filtration Inc**               represented by   **Kenneth W. Ritt**
Day Pitney LLP–Stmfd–CT
One Canterbury Green
Stamford, CT 06901–2047
203–977–7300
Email: kwritt@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
Day Pitney LLP–Stmfd–CT
One Canterbury Green
Stamford, CT 06901–2047
203–977–7383
Fax: 203–977–7301
Email: tdgoldberg@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donaldson Co**                          represented by   **Edward Wood Dunham**
Wiggin &Dana
265 Church Street P.O. Box 1832

New Haven, CT 06508−1832
203−498−4400
Fax: 203−782−2889
Email: edunham@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika L. Amarante**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508−1832
203−498−4493
Email: eamarante@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc**                    represented by   **Francis H. Morrison, III**
Axinn, Veltrop &Harkrider − CT
90 State House Square
Hartford, CT 06103−3702
860−275−8100
Fax: 860−275−8101
Email: fhm@avhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Eleni Kokiasmenos**
Axinn, Veltrop &Harkrider − CT
90 State House Square
Hartford, CT 06103−3702
860−275−8100
Fax: 860−275−8101
Email: mek@avhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bosch USA**                    represented by   **William M. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mann+Hummel USA Inc**                    represented by   **David A. Ball**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Email: dball@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart I. Edelstein**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203–368–0211
Email: sedelstein@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**                        represented by **Joseph D. Jean**
Dickstein Shapiro, LLP – NY
1177 Avenue of the Americas
New York, NY 20036
212–277–6753
Fax: 917–432–7517
Email: jeanj@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Components Inc**                    represented by **Benjamin A. Solnit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
(See above for address)
*TERMINATED: 07/15/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2008 | Ï 1 | COMPLAINT against Bosch USA, Mann+Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Lab Inc, Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc ( Filing fee $ 350 receipt number H025539) filed by Gasoline &Automotive Svc Dealers of Amer Inc.(Grady, B.) (Grady, B.). (Entered: 05/13/2008) |
| 05/12/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 08/13/08; Amended Pleadings due by 7/11/2008; Discovery due by 11/11/2008; Dispositive Motions due by 12/11/2008. Signed by Clerk on 05/12/08. (Grady, B.) (Entered: 05/13/2008) |
| 05/12/2008 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER: Signed by |

| | | |
|---|---|---|
| | | Judge Vanessa L. Bryant on 05/12/08. (Attachments: #_1 Notice Regarding Electronic Filing)(Grady, B.) (Entered: 05/13/2008) |
| 05/12/2008 | Ï | Summons Issued as to Bosch USA, Mann+Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Lab Inc, Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Grady, B.) (Entered: 05/13/2008) |
| 05/13/2008 | Ï 4 | Docket Entry Correction: Document_1 Complaint has been replaced to correct the filing date. (Grady, B.) (Entered: 05/13/2008) |
| 05/15/2008 | Ï 5 | NOTICE of Appearance by Doug Dubitsky on behalf of Gasoline &Automotive Svc Dealers of Amer Inc (Dubitsky, Doug) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 6 | MOTION to Transfer/Disqualify/Recuse Judge by Gasoline &Automotive Svc Dealers of Amer Inc. (Attachments: #_1 Memorandum in Support of Motion to Transfer)(Dubitsky, Doug) Modified on 5/16/2008 to delete an incorrect entry (Montgomery, A.). (Entered: 05/15/2008) |
| 05/16/2008 | Ï 7 | Corporate Disclosure Statement by Gasoline &Automotive Svc Dealers of Amer Inc. (Dubitsky, Doug) (Entered: 05/16/2008) |
| 06/06/2008 | Ï 8 | NOTICE of Appearance by Rachel Reingold Mandel on behalf of United Components Inc, Champion Lab Inc (Mandel, Rachel) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 9 | Corporate Disclosure Statement by Champion Lab Inc identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc., Corporate Parent Carlyle Partners III, L.P., Corporate Parent United Components, Inc. for Champion Lab Inc. (Mandel, Rachel) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 10 | Corporate Disclosure Statement by United Components Inc identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc., Corporate Parent Carlyle Partners III, L.P. for United Components Inc. (Mandel, Rachel) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 11 | MOTION for Extension of Time until July 14, 2008 to Respond to Complaint 1 Complaint, by United Components Inc, Champion Lab Inc. (Mandel, Rachel) Modified on 6/11/2008 to add filer (Grady, B.). (Entered: 06/06/2008) |
| 06/06/2008 | Ï 12 | NOTICE of Appearance by Benjamin A. Solnit on behalf of United Components Inc, Champion Lab Inc (Solnit, Benjamin) (Entered: 06/06/2008) |
| 06/09/2008 | Ï 13 | NOTICE of Appearance by Edward Wood Dunham on behalf of Donaldson Co (Dunham, Edward) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 14 | NOTICE of Appearance by Erika L. Amarante on behalf of Donaldson Co (Amarante, Erika) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 15 | Corporate Disclosure Statement by Donaldson Co. (Amarante, Erika) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 16 | NOTICE of Appearance by Joseph D. Jean on behalf of Arvinmeritor Inc (Jean, Joseph) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 17 | Consent MOTION for Extension of Time until July 18, 2008 Answer by Arvinmeritor Inc. (Jean, Joseph) (Entered: 06/09/2008) |

| 06/09/2008 | Ï 18 | SUMMONS Returned Executed by Gasoline &Automotive Svc Dealers of Amer Inc. Bosch USA served on 5/21/2008, answer due 6/10/2008; Mann+Hummel USA Inc served on 5/21/2008, answer due 6/10/2008; Arvinmeritor Inc served on 5/21/2008, answer due 6/10/2008; United Components Inc served on 5/21/2008, answer due 6/10/2008; Champion Lab Inc served on 5/21/2008, answer due 6/10/2008; Purolator Filters NA LLC served on 5/21/2008, answer due 6/10/2008; Honeywell Intl Inc served on 5/21/2008, answer due 6/10/2008; Wix Filtration Prod served on 5/21/2008, answer due 6/10/2008; Cummins Filtration Inc served on 5/21/2008, answer due 6/10/2008; Donaldson Co served on 5/21/2008, answer due 6/10/2008; Baldwin Filters Inc served on 5/21/2008, answer due 6/10/2008., ACKNOWLEDGEMENT OF SERVICE Executed Acknowledgement filed by Gasoline &Automotive Svc Dealers of Amer Inc. (Attachments: # 1 Arvinmeritor Acknowledgement of Service, # 2 Baldwin Return of Service, # 3 Baldwin Acknowledgement of Service, # 4 Bosch Return of Service, # 5 Champion Laboratories and Agent for Service Return of Service, # 6 Champion Laboratories Acknowledgement of Service, # 7 Champion Agent for Service Acknowledgement of Service, # 8 Donaldson Return of Service, # 9 Donaldson Acknowledgement of Service, # 10 Honeywell Return of Service, # 11 Honeywell Acknowledgement of Service, # 12 Mann+Hummel Return of Service, # 13 Mann+Hummel Acknowledgement of Service, # 14 Purolator Return of Service, # 15 Purolator Acknowledgement of Service, # 16 United Components Return of Service, # 17 United Acknowledgement of Service, # 18 Wix Return of Service)(Dubitsky, Doug) (Entered: 06/09/2008) |
| --- | --- | --- |
| 06/10/2008 | Ï 19 | ORDER granting 17 Consent MOTION for Extension of Time until July 18, 2008 to Answer. Signed by Clerk on 06/10/08. (Grady, B.) (Entered: 06/10/2008) |
| 06/10/2008 | Ï | Answer deadline updated for Arvinmeritor Inc to 7/18/2008. (Grady, B.) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 20 | NOTICE of Appearance by David A. Ball on behalf of Mann+Hummel USA Inc (Ball, David) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 21 | Corporate Disclosure Statement by Mann+Hummel USA Inc identifying Corporate Parent Mann + Hummel, Inc., Corporate Parent Mann + Hummel GmbH for. (Ball, David) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 22 | Consent MOTION for Extension of Time until July 10, 2008 to answer, move or otherwise respond to Plaintiff's Complaint by Mann+Hummel USA Inc. (Ball, David) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 23 | NOTICE of Appearance by Stewart I. Edelstein on behalf of Mann+Hummel USA Inc (Edelstein, Stewart) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 24 | ACKNOWLEDGEMENT OF SERVICE Executed as to 18 Summons Returned Executed,,,,,,, Acknowledgment of Service,,,,,, *Wix Filtration* Acknowledgement filed by Gasoline &Automotive Svc Dealers of Amer Inc. (Attachments: # 1 Bosch Agent for Service Acknowledgement of Service, # 2 Cummins Acknowledgement of Service)(Dubitsky, Doug) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 25 | Summons Returned Unexecuted by Gasoline &Automotive Svc Dealers of Amer Inc as to Bosch USA. (Dubitsky, Doug) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 26 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Maria Eleni Kokiasmenos on behalf of Baldwin Filters Inc (Kokiasmenos, Maria) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 27 | Corporate Disclosure Statement by Baldwin Filters Inc identifying Corporate Parent CLARCOR Inc. for Baldwin Filters Inc. (Kokiasmenos, Maria) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 28 | Consent MOTION for Extension of Time until July 13, 2008 To File An Answer or Motion in Response to Complaint by Baldwin Filters Inc. (Kokiasmenos, Maria) (Entered: 06/10/2008) |
| 06/11/2008 | Ï 29 | ORDER granting 11 MOTION for Extension of Time until July 14, 2008 to Respond to 1 Complaint. Signed by Clerk on 06/11/08. (Grady, B.) (Entered: 06/11/2008) |
| 06/11/2008 | Ï | Answer deadline updated for United Components Inc to 7/14/2008; Champion Lab Inc to 7/14/2008. (Grady, B.) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 30 | Consent MOTION for Extension of Time until July 10, 2008 to Respond to the Complaint by Donaldson Co. (Amarante, Erika) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 31 | ORDER granting 22 Consent MOTION for Extension of Time until July 10, 2008 to answer, move or otherwise respond to Plaintiff's Complaint. Signed by Clerk on 06/11/08. (Grady, B.) (Entered: 06/11/2008) |
| 06/11/2008 | Ï | Answer deadline updated for Mann+Hummel USA Inc to 7/10/2008. (Grady, B.) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 32 | ORDER granting 28 Consent MOTION for Extension of Time until July 13, 2008 To File An Answer or Motion in Response to Complaint. Signed by Clerk on 06/11/08. (Grady, B.) (Entered: 06/11/2008) |
| 06/11/2008 | Ï | Answer deadline updated for Baldwin Filters Inc to 7/13/2008. (Grady, B.) (Entered: 06/11/2008) |
| 06/12/2008 | Ï 33 | ORDER granting 30 Consent MOTION for Extension of Time until July 10, 2008 to Respond to the Complaint. Signed by Clerk on 06/12/08. (Grady, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï | Answer deadline updated for Donaldson Co to 7/10/2008. (Grady, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 34 | NOTICE of Appearance by Francis H. Morrison, III on behalf of Baldwin Filters Inc (Morrison, Francis) (Entered: 06/12/2008) |
| 06/16/2008 | Ï 35 | NOTICE of Appearance by William M. O'Connor on behalf of Bosch USA, Purolator Filters NA LLC (O'Connor, William) (Entered: 06/16/2008) |
| 06/16/2008 | Ï 36 | Corporate Disclosure Statement by Bosch USA, Purolator Filters NA LLC identifying Corporate Parent Robert Bosch LLC, Corporate Parent Mann + Hummel Inc. for. (O'Connor, William) (Entered: 06/16/2008) |
| 06/16/2008 | Ï 37 | Consent MOTION for Extension of Time until July 16, 2008 to Respond to 1 Complaint, by Bosch USA, Purolator Filters NA LLC. (O'Connor, William) (Entered: 06/16/2008) |
| 06/17/2008 | Ï 38 | ORDER granting 37 Consent MOTION for Extension of Time until July 16, 2008 to Respond to 1 Complaint. Signed by Clerk on 06/17/08. (Grady, B.) |

| | | |
|---|---|---|
| | | (Entered: 06/17/2008) |
| 06/17/2008 | Ï 39 | NOTICE of Appearance by David S. Hardy on behalf of Honeywell Intl Inc (Hardy, David) (Entered: 06/17/2008) |
| 06/17/2008 | Ï 40 | Corporate Disclosure Statement by Honeywell Intl Inc identifying Other Affiliate State Street Bank &Trust for Honeywell Intl Inc. (Hardy, David) (Entered: 06/17/2008) |
| 06/17/2008 | Ï 41 | Consent MOTION for Extension of Time until July 10, 2008 to Respond to Complaint 1 Complaint, by Honeywell Intl Inc. (Hardy, David) (Entered: 06/17/2008) |
| 06/17/2008 | Ï | ENTERED IN ERROR . . . Answer deadline updated for Bosch USA to 7/16/2008; Purolator Filters NA LLC to 7/16/2008. (Grady, B.) Modified on 6/18/2008 (Grady, B.). (Entered: 06/18/2008) |
| 06/18/2008 | Ï 42 | NOTICE of Appearance by Thomas D. Goldberg on behalf of Cummins Filtration Inc (Goldberg, Thomas) (Entered: 06/18/2008) |
| 06/18/2008 | Ï 43 | NOTICE of Appearance by Kenneth W. Ritt on behalf of Cummins Filtration Inc (Ritt, Kenneth) (Entered: 06/18/2008) |
| 06/18/2008 | Ï 44 | Corporate Disclosure Statement by Cummins Filtration Inc identifying Corporate Parent Cummins Inc. for Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 06/18/2008) |
| 06/18/2008 | Ï 45 | First MOTION for Extension of Time until July 18, 2008 to File an Answer, Move or Otherwise Respond to the Complaint 1 Complaint, by Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 06/18/2008) |
| 06/19/2008 | Ï 46 | ORDER granting 41 Motion for Extension of Time for the defendant Honeywell to respond to the complaint, until 7/18/08. Signed by Judge Vanessa L. Bryant on 6/19/08. (Wilson, J.) (Entered: 06/19/2008) |
| 06/19/2008 | Ï 47 | ORDER granting 45 Motion for Extension of Time for the defendant Cummins to respond to the complaint, until 7/18/08. Signed by Judge Vanessa L. Bryant on 6/19/08. (Wilson, J.) (Entered: 06/19/2008) |
| 06/19/2008 | Ï 48 | NOTICE of Appearance by James K. Robertson, Jr on behalf of Honeywell Intl Inc (Robertson, James) (Entered: 06/19/2008) |
| 06/19/2008 | Ï | ENTERED IN ERROR . . . Answer deadline updated for Honeywell Intl Inc to 7/10/2008. (Grady, B.) Modified on 6/20/2008 (Grady, B.). (Entered: 06/19/2008) |
| 06/19/2008 | Ï | Answer deadline updated for Cummins Filtration Inc to 7/18/2008. (Grady, B.) (Entered: 06/19/2008) |
| 06/19/2008 | Ï 49 | Joint MOTION for Extension of Time for Defendants to Respond to Complaint and a Stay Pending Transfer and Consolidation Order by United Components Inc, Champion Lab Inc. (Attachments: # 1 Text of Proposed Order Stipulation and Proposed Consent Order)(Mandel, Rachel) (Entered: 06/19/2008) |
| 06/19/2008 | Ï | ENTERED IN ERROR . . . Answer deadline updated for Honeywell Intl Inc to 7/8/2008. (Grady, B.) Modified on 6/20/2008 (Grady, B.). (Entered: 06/20/2008) |

| | | |
|---|---|---|
| 06/19/2008 | Ï | Answer deadline updated for Honeywell Intl Inc to 7/18/2008. (Grady, B.) (Entered: 06/20/2008) |
| 06/23/2008 | Ï 50 | ORDER granting 49 Motion to Stay. This case is stayed pending a decision by the MDL Panel regarding the filters antitrust litigation. Signed by Judge Vanessa L. Bryant on 6/23/08. (Wilson, J.) (Entered: 06/23/2008) |
| 06/26/2008 | Ï 51 | ORDER OF TRANSFER. Case reassigned to Judge Janet Bond Arterton for all further proceedings. Signed by Judge Vanessa L. Bryant on 6/26/08. (S–D'Onofrio, B.) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 52 | ELECTRONIC Order on Pretrial Deadlines: This case was transferred to Judge Janet Bond Arterton, all deadlines remain in effect until further order of the Court. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.. Signed by Judge Janet Bond Arterton on 6/26/08. (Torday, B.) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 53 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 6/26/08. (Torday, B.) (Entered: 06/27/2008) |
| 07/03/2008 | Ï 54 | NOTICE of Appearance by Michael G. Caldwell on behalf of United Components Inc, Champion Lab Inc (Caldwell, Michael) (Entered: 07/03/2008) |
| 07/10/2008 | Ï 55 | NOTICE of Appearance by Benjamin J. Berger on behalf of Gasoline &Automotive Svc Dealers of Amer Inc (Berger, Benjamin) (Entered: 07/10/2008) |
| 07/14/2008 | Ï 56 | MOTION for Rachel Reingold Mandel to Withdraw as Attorney by United Components Inc, Champion Lab Inc. (Mandel, Rachel) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 57 | ORDER granting 56 Motion to Withdraw as Attorney. Attorney Rachel Reingold Mandel terminated. Signed by Judge Janet Bond Arterton on 7/15/2008. (Tooker, A.) (Entered: 07/15/2008) |
| 07/25/2008 | Ï 58 | ORDER OF CONSOLIDATION of cases 3:08cv600, 3:08cv711, 3:08cv722, 3:08cv729, 3:08cv797, 3:08cv901, 3:08cv911 to Lead Case # 3:08cv475(JBA).. Signed by Judge Janet Bond Arterton on 7/25/08. (Malone, P.) (Entered: 07/29/2008) |
| 07/25/2008 | Ï | Cases associated. Create association to 3:08–cv–00475–JBA. (Malone, P.) (Entered: 07/29/2008) |
| 08/25/2008 | Ï 59 | MDL Transfer ORDER Case Transferred to the Eastern Division of Northern District of Illinois. Signed by J. Fredrick Motz MDL Pannel on 8/18/08(Malone, P.) (Entered: 08/29/2008) |